

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00325-CV

**IN THE INTEREST OF T.C.D., A.P.D. AND P.S.D.,** Children,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06301
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On February 11, 2015, appellant was held in contempt for violating provisions of an order in a suit affecting the parent child relationship. Appellant has filed (1) a notice of appeal from the February 11, 2015 contempt judgment, and (2) a motion for extension of time to file the notice of appeal.

This court does not have jurisdiction to review contempt orders by direct appeal. *In re Rich*, 993 S.W.2d 272, 274 (Tex. App.—San Antonio 1999, no pet.); *Metzger v. Sebek*, 892 S.W.2d 20, 55 (Tex. App.—Houston [1st Dist.] 1994, writ denied). Contempt orders may only be reviewed by an application for a writ of habeas corpus, if the contemnor's liberty has been restrained, or by a petition for a writ of mandamus, if the contemnor has not been confined or otherwise had his liberty restrained. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985).

We therefore **order** appellant may show cause in writing by **June 15, 2015** why this appeal should not be dismissed for lack of jurisdiction.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

Keith E. Hottle
Clerk of Court